**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BUILD-A-BEAR ENTERTAINMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-01073-SRC |
| | ) | |
| KABU PRODUCTIONS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Build-A-Bear Entertainment, LLC, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action, in its entirety, with prejudice, with each party to bear its/his own costs, expenses, and attorneys' fees.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: July 27, 2026

By: */s/ Philip J. Mackey*
Philip J. Mackey, #48630MO
Michael J. Hickey, #47136MO
Michael L. Jente, #62980MO
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-1343
Fax:  (314) 612-1343
pmackey@lewisrice.com
mhickey@lewisrice.com
mjente@lewisrice.com

*Attorneys for Plaintiff*
*Build-A-Bear Entertainment, LLC*