MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| BUILD-A-BEAR ENTERTAINMENT, LLC | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No.    4:26-cv-01073 |
| | ) | |
| KABU PRODUCTIONS, et. al. | ) | |
| | ) | |
| Defendant(s). | ) | |

**Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about:
PATRICK HUGHES

1.      If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a.      Whether it is publicly traded, and if it is, on which exchange(s): N/A

b.      Its parent companies or corporations (if none, state "none"): N/A

c.      Subsidiaries that are not wholly owned by the subject (if none, state "none"): N/A

d.      Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"): N/A

2.      If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Patrick Hughes is a citizen of the State of California.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or

MOED-0001             DISCLOSURE STATEMENT

3.      If the subject is an organizational victim in a criminal case,

a.      The victim's identity _____

b.      If the victim is a corporation,

    1.   Whether it is publicly traded, and if it is, on which exchange(s):

    2.   Its parent companies or corporations (if none, state "none"):

    3.   Subsidiaries that are not wholly owned by the subject (if none, state "none"):

    4.   Any publicly held company or corporation that owns  five percent (5%) or
       more of the subject's stock (if none, state "none"):

       By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event.  E.D.Mo. L.R. 2.09(A)(2) and (B)(2);  Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

                /s/ Christopher J. Lawhorn
                Signature (Counsel for Plaintiff/Defendant)
                Print Name:  Christopher J. Lawhorn
                Address:  120 S. Central Ave., Ste 1800
                City/State/Zip:  St. Louis, MO 63105
                Phone:  314-854-8600

            Certificate of Service

       I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
    July, 28              , 20 26  .

                /s/ Christopher J. Lawhorn
                Signature